1   **TROUTMAN SANDERS LLP**
    Marcus T. Hall, Bar No. 206495
2   marcus.hall@troutmansanders.com
    Dean A. Morehous, Bar No. 111841
3   dean.morehous@troutmansanders.com
    Craig C. Crockett, Bar No. 265161
4   craig.crockett@troutmansanders.com
    Ryan A. Lewis, Bar No. 307253
5   ryan.lewis@troutmansanders.com
    580 California Street, Suite 1100
6   San Francisco, CA 94104
    Telephone:    415.477.5700
7   Facsimile:    415.477.5710

8   Attorneys for Plaintiff
    KENU, INC.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  KENU, INC.,                              Case No. 3:16-cv-05182-JD

15                Plaintiff,                 **STIPULATION AND [PROPOSED]
                                             ORDER RE DISMISSAL WITH
16  v.                                       PREJUDICE AND RETAINING
                                             JURISDICTION RE SETTLEMENT**
17  ESTABLISHED BRANDS, INC., et al.,

18                Defendant.

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

STIPULATION & ORDER RE DISMISSAL
WITH PREJUDICE & RETAINING
JURISDICTION RE SETTLEMENT

CASE NO. 3:16-CV-05182-JD

Pursuant to Fed. R. Civ. P. 41(a) and the parties' confidential settlement agreement, Plaintiff Kenu, Inc. ("Kenu") and Defendant Established Brands, Inc. ("Established Brands"), by and through their undersigned counsel, stipulate to voluntary dismissal of this action with prejudice. Each party shall bear its own costs and attorneys' fees.

The parties further stipulate and hereby request that the Court retain jurisdiction for the purpose of enforcing, or adjudicating disputes arising from, the parties' settlement agreement.

Dated: January 18, 2017      TROUTMAN SANDERS LLP


By: */s/ Marcus T. Hall*
    Marcus T. Hall
    Dean A. Morehous
    Craig C. Crockett
    Ryan A. Lewis
    Attorneys for Plaintiff
    KENU, INC.

Dated: January 18, 2017      HOVEY WILLIAMS LLP


By: */s/ Peter C. Knops*
    Peter C. Knops
    Attorneys for Defendant
    ESTABLISHED BRANDS, INC.

## CONCURRENCE IN FILING

I, Marcus T. Hall, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Marcus T. Hall*
Marcus T. Hall

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____    _____
    Honorable James Donato
    UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

STIPULATION & ORDER RE DISMISSAL
WITH PREJUDICE & RETAINING     - 2 -    CASE NO. 3:16-CV-05182-JD
JURISDICTION RE SETTLEMENT